**SEALED**
BY THE ORDER OF THE COURT

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| United States of America<br>v.<br>Jamie Baldivino<br><br>Defendant(s) | Case No.<br>Mag. No. 24-00501 KJM. |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
May 13, 2024, 6:34 pm
Lucy H. Carrillo, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  February 2024 - May 13, 2024  in the county of  Honolulu  in the
District of  Hawaii & Elsewhere , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |
| 18 U.S.C. § 1028A | Reciept of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Andrea Gordner, Special Agent, FBI
_Printed name and title_

Sworn to under oath before me telephonically,
and attestation acknowledged pursuant
to Fed. R. Crim. P. 4.1(b)(2).

Date: May 13, 2024

City and state:   Honolulu, Hawaii

Kenneth J. Mansfield
United States Magistrate Judge

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

LAUREN M. NAKAMURA #9781
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
E-mail:    Lauren.Nakamura@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. NO. 24- |
| Plaintiff, | ) CRIMINAL COMPLAINT; |
| | ) AFFIDAVIT |
| v. | ) |
| JAMIE BALDIVINO, | ) |
| Defendant. | ) |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## **INTRODUCTION**

1.   This affidavit is submitted for the purpose of establishing probable cause that Jamie BALDIVINO ("BALDIVINO"), the defendant violated the following criminal statutes from in or about February 2024 to on or about May 13, 2024 within the District of Hawaii and elsewhere: 18 U.S.C. § 2252A(a)(5)(B), which prohibits a person from knowingly possessing child pornography, that has been mailed, shipped, or transported interstate or foreign commerce by any means, including by computer; and 18 U.S.C. § 2252A(a)(2), which prohibits a person from knowingly receiving or distributing child pornography that has been mailed, shipped, or transported interstate or foreign commerce by any means, including by computer.

2.   I am a Special Agent with the Federal Bureau of Investigation ("FBI") and am presently assigned to the FBI's Honolulu Division, where I focus on cybercrime. I have been a Special Agent since June 2021. I completed the 21-week Basic Field Training Course in Quantico, Virginia, which included training from the FBI regarding computer technology, computer fraud, white collar crime, violent crime, interviewing and interrogation techniques, and arrest and search warrant procedures. I have also received extensive specialized training relating to cybercrime. Prior to joining the FBI, I worked for the Central Intelligence Agency

for four years. My education includes a bachelor's degree in Mathematics from the University of South Carolina.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. Specifically, this comes from an investigation of James BALDIVINO, a Search Warrant, Mag. 24-00481-KJM (which is hereby incorporated by reference), executed on May 13, 2024 at BALDIVINO's residence in Hawaii, and an interview conducted with Jamie BALDIVINO in connection with the warrant execution. This affidavit is intended to show merely that there is sufficient probable cause for the offenses in the requested Complaint and does not set forth all of my knowledge or facts about this matter.

## **PROBABLE CAUSE**

4. In or around September 2023, law enforcement received information that an IP address, located at 94-011 Waipahu Street, Apt #E305, Waipahu, Hawaii 96797, was being used for the distribution of child pornographic material. From February 2024, Law Enforcement using the eMule network downloaded child pornography as defined by 18 U.S.C. § 2256(8), from the IP address 76.173.36.71.

5. In or around February 20, 2024, an eMULE Computer, operated by Hawaii Internet Crimes Against Children ("HI ICAC") Special Agent Kelly Mayne made a direct connection to a computer ("Suspect Computer") using (a) IP address

76.173.36.71, and (b) with eMULE client user hash of 599AFCD3D80EA5B9D3B262E583B36F7D.

6. In or around February 20, 2024, through February 23, 2024, the eMULE Computer downloaded from Suspect Computer multiple files that, based upon Special Agent Mayne's review of a sampling of the downloaded files, contained both images and videos of child pornography. After FBI Honolulu received the evidence from Special Agent Mayne, your affiant observed these files as well.

7. According to Special Agent Mayne's review, the following files identified and further described below were downloaded from the Suspect Computer, directly from IP address 76.173.36.71, and Suspect Computer was the sole source for each download:

| File Name | Approx. Runtime (Hrs:Min:Sec) | MD5 Hash |
|---|---|---|
| Olga(Pedo 2 14Yo Russian Girls Fuck 1 Man 3 Hrs).avi | 03:01:20 | A90785727F97F07EC98F29685C1C0ECC |
| Aracely 11yo Latina girl anal fuck & creampie..mp4 | 00:04:31 | 80DC1779365A5BF27698DED029F00BCA |
| Newstar-Compil-Alicia-10Yo-Hot-Blow-An-Hard-Fuck-Cums-In-Mounth-Colombian-Lolita-12Yo-Asian-Kitty-Real-Sound-Hq-18m50S-Part1(0)..mp4 | 00:18:50 | 8929714AC225C17EAFBED2394F301EEF |
| 11Yo & 12Yo Asian Girls - Passed Out & Fondled - Cum On Faces!..mp4 | 00:36:58 | 0185828E1E0F20D203214ACD2FCD2D45 |

8.  *File Name*: <u>Olga(Pedo 2 14Yo Russian Girls Fuck 1 Man 3 Hrs).avi</u>: This is a digital video image file is a compilation of several scenes that depict sexual conduct involving two females[1] who appear to be, based on my training and experience, pubescent juvenile females that appear to be older than 12 years of age but younger than 18 years of age based on body size and development. In the video, an adult male is shown spreading the brunette juvenile's labia and penetrating her vagina with his finger and a dildo. An adult male binds the blonde juvenile's wrists and ankles together behind her back in a "hog tying" fashion as she struggles. The adult male removes her pants and underwear, pins the blonde juvenile down, and attempts to penetrate her vagina while she continues to resist until he places his belt around her neck. The adult male then forced the blonde juvenile to perform fellatio on him and vaginally penetrated her with his penis.

9.  *File Name*: <u>Aracely 11yo Latina girl anal fuck & creampie..mp4</u>: This is a digital video image file that appears to depict sexual conduct involving a female who appears to be, based on my training and experience, a minor younger than 12 years of age due to her lack of physical development and maturity, as well as her overall small stature compared to the adult male. The video shows a closeup view of an adult male who appears to have a cast on his left hand, penetrating the

---

[1] One pubescent juvenile female is Caucasian with blonde hair ("blonde juvenile"), and the other pubescent juvenile is Caucasian with brunette hair ("brunette juvenile").

prepubescent female's anus. Approximately one minute and 30 seconds into the video the camera pans up to show the prepubescent female's entire body and face.

10. *File Name*: Newstar-Compil-Alicia-10Yo-Hot-Blow-An-Hard-Fuck-Cums-In-Mounth-Colombian-Lolita-12Yo-Asian-Kitty-Real-Sound-Hq-18m50S-Part1(0)..mp4. This a digital video image file depicting a compilation of multiple scenes showing a prepubescent female that appears to be younger than 12 years of age due to her very slight build, lack of physical development and maturity engaging in sexual acts with adult males. In the video, an adult male suckles on the prepubescent female's nipples, directs her to perform fellatio on him, penetrates her vagina with his penis, and ejaculates in her mouth and on her face.

11. *File Name*: 11Yo & 12Yo Asian Girls - Passed Out & Fondled - Cum On Faces!..mp4. This digital video image file is a compilation of multiple similar scenes which depicts what appears to prepubescent female of Asian ethnicity that, based on my training and experience appears to be younger than 12 years of age due to her lack of physical development/maturity, and slight physical build. In the video, the prepubescent female is running on a playground, and is later depicted as unconscious but sitting in a chair with her arms out to her sides and her heads leaning back with her mouth wide open, while an adult male is shown moving her into different positions; fondling her breasts and nipples; placing his penis in the

prepubescent female's hand and rubbing his penis on her mouth; then ejaculating on her face.

12. Based on service provider records, Law Enforcement determined that IP address 76.173.36.71 was associated with 94-011 Waipahu Street, Apt# E-305, Waipahu, HI, 96797, and subscribed to by Jamie BALDIVINO.

13. On May 13, 2024, FBI Special Agents in Honolulu, Hawaii, along with the Hawaii Internet Crimes Against Children Task Force ("HI ICAC Team") executed Federal Search Warrant Mag. 24-00481-KJM at 94-011 Waipahu Street, Apt# E-305, Waipahu, HI, 96797.

14. Jamie BALDIVINO was the only one present in the apartment located at 94-011 Waipahu Street, Apt# E-305, Waipahu, HI, 96797 when law enforcement arrived to execute the warrant. Person-1 and Person-2 also live at 94-011 Waipahu Street, Apt# E-305, Waipahu, HI, 96797, but were not present at the time of the search.

15. FBI Special Agent Andrea Gordner and Special Agent Mayne read BALDIVINO his *Miranda* rights, and BALDIVINO waived his rights. During the recorded interview with BALDIVINO:

   a. BALDIVINO admitted using a peer to peer sharing network and program named "eMule" to download and receive child pornography, and estimated has been using eMule for approximately 10 years, and estimated he

currently had approximately four Terabytes worth of data depicting child pornography.

    b.    BALDIVINO demonstrated his knowledge of how eMule works by:

        i.    Describing eMule as a Peer-to-Peer platform where you share files and receive files from people who already have those files, and stating that he has installed eMule multiple times over the last ten years therefore going through the set-up process more than once;

        ii.    Describing how to search and download videos, and stating to Agents that when downloading videos from the eMule network, one would receive files from other users who already possess the file; and

        iii.    Telling Agents the file path where the videos from his eMule downloads are stored on his personal computer ("PC").

    c.    BALDIVINO stated to Agents that he searched for child pornography by using terms such as "girls", "teens", and "loli[,]" and he received and saved child pornography videos because they "piqued his interest" as well as "aroused him."

    d.    When Agents confronted BALDIVINO with the downloads from his computer that demonstrated a pattern of child pornography videos

featuring minor females aged 8-13 years old, BALDIVINO stated he liked watching those.

e.   BALDIVINO did not discuss his preference for child pornography with his roommates, Person-1 and Person-2.

f.   BALDIVINO told Agents he saved most of his eMule downloads onto his 8GB SSD, which he built into his PC. However, he stated they might be on other devices as well for external storage.

g.   Agents on scene, previewed multiple devices found in BALDIVINO's bedroom, and discovered they contained child pornography.

   i.   BALDIVINO told Agents all of the devices located in his bedroom were owned and solely accessed by him;

   ii.   BALDIVINO denied that his roommates, Person-1 and Person-2, were able to access these devices, stating that he did not share his devices with anyone and he was the only person to use his computer;

   iii.   When Agents asked about other storage devices besides his PC, BALDIVINO described a thumb drive that he might have forgotten to delete child pornography from.

h.   BALDIVINO stated he downloaded and watched child pornography from the eMule network as recently as May 13, 2024, at approximately 4:00 a.m. Hawaii Standard Time:

      i.      BALDIVINO told Agents that he searched the eMule network for "Periscope live" on May 13, 2024.

      j.      BALDIVINO described a video he watched on the morning of May 13, 2024 as a video depicting an approximately 12-year-old girl giving a blow job to an adult male wearing just a t-shirt and nothing else on a couch.

      k.      BALDIVINO told Agents he knew child pornography was illegal. He explained that in approximately June 2023, he accidentally saved downloads from eMule to his Google account, f[XXXXXXX]9@gmail.com. BALDIVINO believed that Google reported this Google account for suspicious activity and closed the account. After BALDIVINO learned about his Google account closure, BALDIVINO factory reset his phone to original settings and got a new phone.

16.    On scene Agents viewed BALDIVINO's computer and saw (in the file path "8TB SSD Videos (F:)> Videos>eMule>Incoming") the following file names downloaded on May 13, 2024:

      i.      "2024 3 littles Russian girls expose perfect body open pussy and ass Periscope LiveMe Likee OMG pthc";

      ii.      "Pthc Periscope Liveomg Opva 2024 10 yo Girl";

      iii.      "OPVA PTHC 2024 Periscope LiveOMG Compilation MIX cuties moan e masturbation festival VOL 1"; and

   iv. "Pthc Periscope Liveomg Opva 2024 10 Yo Girl The best Bj I've Ever Seen In My Life! Forget All The Other Bullshit".

17. Agents previewed and seized this device and found approximately two gigabytes of child pornography videos in a file called "My Videos," including the following randomly selected for preview by Agents:

  a. <u>File Name</u>: *0DB100D2-12E8-4FB8-B820-0BA8D58BAA0D.mp4*: This is an approximately 10 second video of an adult female performing fellatio on a minor prepubescent male aged approximately 6-8 years old. Agents approximate the minor male was 6-8 due to the small nature of his body and lack of pubic hair. Additionally, Agents were able to view his face in the video which looks comparable to other 6-8 year olds.

  b. <u>File Name</u>: *460B5EC7-1E15-4367-9BCF-BD9CB7221615.mp4*: This is an approximately 13 second video of an adult female and a minor prepubescent male having sexual intercourse. Agents approximate the minor male was pre-pubescent due to the small nature of his body and lack of pubic hair.

  c. <u>File Name</u>: *9FD67645-78D6-4D21-BFF0-D2F1F935CF8F.mp4*: This is an approximately two minute video of four prepubescent minor females ranging in age from approximately 5 to 10 years old bending over naked on a couch. An adult hand holding what appears to be a dildo inserts

into each of the minor girls' anuses one at a time. Agents approximate the females ranged in age from 5-10 years old due to the small nature of their bodies, pubic hair, and overall face and body structure.

18. The aforementioned videos described in detail meet the federal definition of child pornography due to either the oral to genital contact, genital to genital contact, masturbation, and the lascivious exhibition of the genitals or pubic area of any person.

19. Based on the child pornography found on BALDIVINO's devices and his confession about using eMule to download and receive child pornography, including on May 13, 2024, as well as other information described in this affidavit, FBI agents arrested BALDIVINO.

## CONCLUSION

WHEREFORE, based on the aforementioned facts, I respectfully submit that there is probable cause to conclude that Jamie BALDIVINO violated 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography) and 18 U.S.C. § 2252A(a)(2) (receipt and distribution of child pornography).

Respectfully submitted,

*[signature]*

ANDREA GORDNER
Special Agent

Federal Bureau of Investigation

This Criminal Complaint and Agent's Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime(s) found to exist by the undersigned Judicial Officer on May 13, 2024.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1(b)(2) on May 13, 2024, at Honolulu, Hawaii.

Kenneth J. Mansfield
United States Magistrate Judge