# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:24-cr-00029-SASP-1 |
| CASE NAME: | USA v. Jamie Baldivino |
| ATTY FOR GOV'T: | Lauren M. Nakamura |
| ATTY FOR DEFT: | (01)Melinda K. Yamaga |

| | | | |
|---|---|---|---|
| JUDGE: | Shanlyn A.S. Park | REPORTER: | Gloria Bediamol |
| DATE: | 07/17/2025 | TIME: | 10:00am-10:20am<br>10:50am-11:10am |

COURT ACTION:  EP: Motion to Withdraw Not Guilty Plea and to Plead Anew/Change of Plea Hearing as to defendant Jamie Baldivino held.

Defendant Jamie Baldivino present, in custody.

Defendant sworn, questioned by the Court. Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Government stated the maximum and minimum penalties provided by law.

Defendant advised of his rights, including his right to trial by jury, etc.

Government stated the essential elements of the crime(s) as charged.

Government summarized the evidence it would present if the case went to trial.

Guilty plea to Counts 1 and 2 of the Indictment.

Court accepts the guilty plea, and the defendant is adjudged guilty.

Defendant referred for presentence investigation and report, and sentencing is set for October 30, 2025 at 10:00 a.m. before the Honorable Shanlyn A. S. Park.

All pending dates and deadlines vacated.

Probation Change of Plea booklet given to the defendant.

Defendant remanded to the custody of the U.S. Marshals Service.


Submitted by: Theresa Lam, Courtroom Manager